UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

JUSTIN THOMAS GILLEN                CASE NO.: 16-16061-AJC
EILEEN PUJOL GILLEN                 CHAPTER: 13
Aka EILEEN PUJOL


     Debtor.
_____/

## OBJECTION TO CHAPTER 13 PLAN

JPMC Specialty Mortgage LLC, ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") **[DE #2]** and states as follows:

1) Creditor holds a lien on the following property: 15014 SW 141 Place Miami, Florida 33186.
2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of approximately $292,735.33, a secured arrearage in the approximate amount of $45,287.74, and an ongoing post-petition payment of $1,118.18.
3) The Debtor's Chapter 13 Plan proposes to make a regular payment of **$1,166.18**; and fails to indicate any arrearage payment as to the Creditor.
4) The Proof of Claim ("POC") Bar Date is set for **August 24, 2016.**
5) As such, the Creditor respectfully requests that the Court not confirm any plan prior to the POC bar date; *or* until the Debtor files a plan that fully conforms to a timely filed POC by the Creditor.
6) Based upon the foregoing; Creditor objects to the proposed Plan treatment.
7) Creditor reserves the right to supplement and/or amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

/s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd Day of May, 2016, I served a copy of the foregoing upon:

**SERVICE LIST**

Justin Thomas Gillen
15014 SW 141 PL
Miami, FL 33186

Eileen Pujol Gillen
15014 SW 141 PL
Miami, FL 33186

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com