**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **1st**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Justin T Gillen**       JOINT DEBTOR: **Eileen Gillen**       CASE NO.: _____

Last Four Digits of SS# **xxx-xx-0543**       Last Four Digits of SS# **xxx-xx-5236**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| A. | $ **1,379.09** | for months | **1** | to | **20** | ; |
| B. | $ **1,406.87** | for months | **21** | to | **60** | ; |
| C. | $ _____ | for months | ___ | to | ___ | ; in order to pay the following creditors: |

Administrative:   Attorney's Fee -   $ **3,500.00**   TOTAL PAID $ **2,000.00**
Balance Due   $ **1,500.00**   payable $ 75.00   /month   (Months **1** to **20**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Chase Manhattan Mortga**       Arrearage on Petition Date  $ _____
**3415 Vision Dr;**
**Columbus, OH**
**43219**
Address: _____       Arrears Payment  $ _____ /month   (Months _ to _)
Account No: **XXXXX0937**       Regular Payment  $ **1,166.18** /month   (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ |  | $ |  | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due   $ _____
Payable   $ _____ /month   (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $**152.00**/month (Months **21** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**

**Country Walk Master Association, Inc.: Debtors will pay claim directly.**

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Justin T Gillen | /s/ Eileen Gillen |
|---|---|
| **Justin T Gillen** | **Eileen Gillen** |
| Debtor | Joint Debtor |
| Date:  **May 31, 2016** | Date:  **May 31, 2016** |