UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                    Case No. 16-16061-AJC
Justin Thomas Gillen and           Chapter 13
Eileen Pujol Gillen

         Debtors.                            /

## NOTICE OF WITHDRAWAL OF
## JPMC SPECIALTY MORTGAGE LLC AMENDED PROOF OF CLAIM 3-2

Notice is hereby given that Secured Creditor, JPMC Specialty Mortgage LLC, hereby files this Notice Withdrawing its Amended Proof of Claim 3-2 filed on April 18, 2018.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF Electronic Filing or via First Class U.S. Mail to the following on this 23rd day of October, 2018.

Justin Thomas Gillen, 15014 Southwest 141st Place, Miami, FL 33186
Eileen Pujol Gillen, 15014 Southwest 141st Place, Miami, FL 33186
Ricardo Corona, Esq., 3899 Northwest 7 Street, Second Floor, Miami, FL 33126
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

                                               /s/Steven G. Powrozek
                                               Steven G. Powrozek
                                               FL Bar # 0316120
                                               Shapiro, Fishman & Gaché, LLP
                                               Attorney for Secured Creditor
                                               4630 Woodland Corporate Blvd., Suite 100
                                               Tampa, FL  33614
                                               Telephone: 813-367-5813
                                               Fax: (813) 880-8800
                                               E-mail: spowrozek@logs.com

18-312081